UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:                                                                                          Case No.: 15-

ORANGE LAKE CONSTRUCTION CORP.,

                                    Debtor.

# DISCLOSURE OF COMPENSATION – Rule 2016(b)

1.     Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the fee charged for this case is $10,000.00, which was paid to me within one year before filing of the petition in bankruptcy for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case.  A third party has also paid the sum of $1,717.00 as a filing fee to the U.S. Bankruptcy Court.

2.     The source of the compensation paid, or to be paid to me was a third party.

3.     The services rendered or to be rendered include the following:

    a.  Analysis of the financial situation and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Bankruptcy Code.
    b.  Preparation and filing of petition, schedules, statements of financial affairs and other documents required by the Court.
    c.  Representation of the debtor(s) at the meeting of creditors.

4.     The source of payments to be made by the third party to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and NONE OTHER.

5.     The undersigned has not received any transfer, assignment or pledge of property from the debtor(s) except the following for value stated: NONE.

6.      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Dated: May 28, 2015

                                    Signature: /s/ Thomas Genova, Esq.
                                                    THOMAS GENOVA, ESQ.